```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 61707
   THOMAS EPPOLITO
   FAY EPPOLITO                               CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5249     SSN XXX-XX-0643


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/16/2005 and was confirmed 02/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.27% from remaining funds.

     The case was paid in full 10/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         22493.71          .00        8382.51
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00           .00            .00
CITIFINANCIAL INVESTMENT   SECURED            1500.00         57.12       1500.00
GENERAL MOTORS ACCEPTANC   SECURED            7261.71        525.02       7261.71
HARRIS BANK                SECURED            6556.70        247.97       6556.70
AMERICAN EXPRESS CENTURI   UNSECURED          9142.21          .00        3406.94
BENEFICIAL FINANCE CO      SECURED             689.04         12.40        689.04
CAPITAL ONE                UNSECURED          5857.09          .00        2182.70
RESURGENT CAPITAL SERVIC   UNSECURED         10457.01          .00        3896.91
SMC                        UNSECURED OTH      707.34           .00         263.50
ECAST SETTLEMENT CORP      UNSECURED           504.58          .00         188.04
RESURGENT CAPITAL SERVIC   UNSECURED          4514.16          .00        1682.25
CHICAGO RIDGE FIRE DEPT    UNSECURED         NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          5139.62          .00        1915.33
RESURGENT CAPITAL SERVIC   UNSECURED         17956.50          .00        6691.67
NEXT CARD                  UNSECURED          7116.87          .00        2652.17
NYCO                       UNSECURED         NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          9617.83          .00        3584.18
DISCOVER FINANCIAL SERVI   UNSECURED          8762.27          .00        3265.35
ECAST SETTLEMENT CORP      UNSECURED           391.78          .00         146.00
ECAST SETTLEMENT CORP      UNSECURED          3432.57          .00        1279.18
RESURGENT CAPITAL SERVIC   UNSECURED           275.55          .00         102.69
THE HOME DEPOT             UNSECURED         NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED          4289.05          .00        1598.36
ECAST SETTLEMENT CORP      UNSECURED          2744.01          .00        1022.58
SEARS PAYMENT CENTER       UNSECURED         NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED           759.83          .00         283.16
ECAST SETTLEMENT CORP      UNSECURED          3631.02          .00        1353.14
US DEPT OF EDUCATION       UNSECURED          4410.39          .00        1643.58
US DEPT OF EDUCATION       UNSECURED         NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1464.89          .00         545.91
VICTORIA SECRET            UNSECURED         NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 61707 THOMAS EPPOLITO & FAY EPPOLITO
```

```
WFNNB                          UNSECURED     NOT FILED              .00            .00
JAMES M PHILBRICK ESQ          COST OF COLLE    400.00              .00         400.00
THOMAS W LYNCH                 DEBTOR ATTY    2,000.00                         2,000.00
TOM VAUGHN                     TRUSTEE                                         4,143.89
DEBTOR REFUND                  REFUND                                          3,870.16

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  73,350.16

PRIORITY                                              .00
SECURED                                         16,407.45
    INTEREST                                       842.51
UNSECURED                                       46,086.15
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             4,143.89
DEBTOR REFUND                                    3,870.16
                         ---------------        ---------------
TOTALS                   73,350.16              73,350.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/28/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 61707 THOMAS EPPOLITO & FAY EPPOLITO